McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EID MOHAMED AWIMER,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>         Defendants. | 06-CV-01461 AWI-LJO<br><br>DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

The United States hereby requests a 30-day extension of time until January 18, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: December 15, 2006                Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Carolyn K. Delaney

                                        By
                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

///
///
///
///
///
///

1

Pursuant to the defendant's request for an extension of time, it is hereby ordered that the defendant be granted an extension of time until January 18, 2007.

D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath. Thus, this case is assigned to Ms. Hemesath.

3. On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting). Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least four weeks.

4. Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5. The defendant's answer is due on December 18, 2006.

6. The defendant has not previously requested any extensions of time in which to file its answer.

7. The defendant is not in custody.

8. Based upon Ms. Hemesath's urgent medical condition, on behalf of the government I am requesting an extension of the time for filing the government's answer. Accordingly, defendant respectfully requests an extension, until January 18, 2007, in which to file the answer.

9. On December 15, 2006, I spoke to James Makasian, the attorney for petitioner, and informed him that I was applying for this extension of time. He indicated that he objected to my request.

///

1  I declare under the penalties of perjury that foregoing is
2  true and correct to the best of my knowledge.
3  Executed this 15th day of December, 2006.

                                    /s/ Carolyn K. Delaney
                                    _____
                                    CAROLYN K. DELANEY


        IT IS SO ORDERED.

**Dated:   December 18, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE