1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 EID MOHAMED AWIMER,           )    06-CV-01461 AWI-LJO
                                 )
11          Plaintiff,           )
                                 )
12      v.                       )
                                 )    DEFENDANTS' REQUEST FOR AN
13 MICHAEL CHERTOFF, et. al.,    )    ADDITIONAL EXTENSION OF TIME
                                 )    AND PROPOSED ORDER
14          Defendants.          )
   _____)
15

16     The United States hereby requests a 60-day extension of time

17 until March 18, 2007, to file its answer.  This motion is based

18 on the attached declaration of Assistant U.S. Attorney Carolyn K.

19 Delaney.

20 DATED: January 16, 2007          Respectfully submitted,

21                                  McGREGOR W. SCOTT
                                    United States Attorney
22
                                    /s/ Carolyn K. Delaney
23
                                    By
24                                  CAROLYN K. DELANEY
                                    Assistant U.S. Attorney
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

                                1

Pursuant to the defendants' request for an additional extension of time, it is hereby ordered that the defendants be granted an extension of time until March 18, 2007.

        IT IS SO ORDERED.

**Dated:  February 6, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                                                  UNITED STATES DISTRICT JUDGE